UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GONZALO RAMON PINON-SALINAS,

    Defendant.
_____/

Case No. 1:22-cr-94

Hon. Hala Y. Jarbou

## ORDER

The Court held a motion hearing on the record, with all parties present, on August 4, 2022, regarding the Government's Motion for Revocation of Bond Order (ECF No. 16). For the reasons stated on the record, the Court finds that the Government proved by a preponderance of the evidence that no condition or combination of conditions will assure the defendant's appearance at trial.

Accordingly,

**IT IS ORDERED** that the Government's motion (ECF No. 16) is **GRANTED**, and the Magistrate Judge's Appearance Bond and Order Setting Conditions of Release (ECF No. 15) is **REVERSED**.

**IT IS FURTHER ORDERED** that, pending trial in this matter, Defendant is committed to the custody of the attorney general or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with his defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver

2

Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated: August 4, 2022          /s/ Hala Y. Jarbou
                                HALA Y. JARBOU
                                CHIEF UNITED STATES DISTRICT JUDGE